# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY (Trenton)

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| NMC GLOBAL CORPORATION, | : | |
| | : | Case No. 16-27447 (CMG) |
| Debtor. | : | |

| | | |
|---|---|---|
| ANDREA DOBIN, TRUSTEE | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 18-01469 (CMG) |
| | : | |
| v. | : | |
| | : | |
| GHULAM SUHRAWADI and | : | |
| NABIL KASSEM | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Matthew B. Weisberg, Esquire, on behalf of Defendant, Nabil Kassem in regards to the above-captioned matter.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
NJ Attorney ID #: 015652000
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
*Attorney for Defendant, Nabil Kassem*

<pre>
                   UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF NEW JERSEY (Trenton)
</pre>

| In re: | : | |
|---|---|---|
| | : | Chapter 7 |
| NMC GLOBAL CORPORATION, | : | |
| | : | Case No. 16-27447 (CMG) |
| Debtor. | : | |

| ANDREA DOBIN, TRUSTEE | : | |
|---|---|---|
| | : | |
| Plaintiff, | : | Adv. Pro. No. 18-01469 (CMG) |
| | : | |
| v. | : | |
| | : | |
| GHULAM SUHRAWADI and | : | |
| NABIL KASSEM | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 17th day of October, 2018, a true and correct copy of the foregoing Notice of Appearance was served via ECF upon the following parties:

Andrea Dobin
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611

Peter Broege
Broege, Neumann, Fischer & Shaver
25 Abe Voorhees Drive
Manasquan, NJ 08736

**WEISBERG LAW**

/s/ Matthew B. Weisberg
MATTHEW B. WEISBERG
*Attorney for Defendant, Nabil Kassem*