| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>WASSERMAN, JURISTA & STOLZ, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey 07920<br>Tele: (973) 467-2700 / Fax: (973) 467-8126<br>STEVEN Z. JURISTA, Mediator | Case No.: 16-27447(CMG) |
| In Re:<br><br>NMC GLOBAL CORPORATION,,<br><br>                   Debtor.<br>_____<br><br>ANDREA DOBIN,<br><br>                   Plaintiff,<br><br>v.<br><br>GHULAM SUHRAWARDI and NABIL KASSEM,<br><br>                   Defendants. | Adv. Pro. No.: 18-01469(CMG)<br><br>Chapter: 7<br><br>Judge: Christine M. Gravelle |

## MEDIATION REPORT

By order of this court dated December 17, 2018, this matter was referred to mediation.

1.     A settlement of this matter:

        ☐ was reached     ☒ was not reached

2.   [*If a settlement was reached:*] The party designated to file the settlement document(s) is:           .
The settlement document(s) will be filed on or before           .

3.   Resolution of Adversary Proceeding:

☐ All outstanding issues have been resolved and the case may be closed in the normal course.

☒ There are issues that have not been resolved and the case shall remain open.

☐ The matter addressed by mediation does not apply to an adversary proceeding.

Dated: February 25, 2019            /s/ Steven Z. Jurista
                                    Mediator's Signature

*rev.8/1/16*